AO 91 (Rev. 11/11) Criminal Complaint

FILED
SEP 16 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Monica Ivette CARZOLI Carrillo
(DOB:07/19/1980)

Case No. DR:26-5245M-01

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 10/26/2024 in the county of Val Verde in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 611; Voting by Aliens & 18 U.S.C. 1015(f); Naturalization, citizenship or alien registry. | It shall be unlawful for any alien to vote in any election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner; &<br>Whoever knowingly makes any false statement or claim that he is a citizen of the United States in order to register to vote or to vote in any Federal, State, or local election. |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Bruce Henderson, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/16/2026

[signature]
*Judge's signature*

City and state: Del Rio, Texas

Joseph Cordova, United States Magistrate Judge
*Printed name and title*

# Attachment A

On May 29, 2026, Sgt Don Smith with the Office of the Texas Attorney General provided HSI Special Agent Bruce Henderson with a Texas Voter Registration Application that was on file for subject Monica Ivette CARZOLI Carillo. The document was filled out by hand and displayed a signature for CARZOLI. CARZOLI provided a Texas Driver's License and the last four numbers of her social security number. The document was signed and dated June 24, 2024. An additional document obtained from the Val Verde County Clerk's office indicated that the voter's registration was approved on September 18, 2024, and a voters registration certificate was sent out on September 25, 2024. The voter registration application that CARZOLI filled out contained qualifications in order to vote. Number two of the qualifications stated that you must be a citizen of the United States.

In a consensual interview with CARZOLI on September 16, 2026, CARZOLI was shown those qualifications and asked if she had signed that document which was identified as the Texas voter registration application. CARZOLI stated that she did not read those qualifications but did sign the document. During the interview, CARZOLI further stated that she had been a schoolteacher for the past 28 years. CARZOLI admitted to registering and voting in the Presidential Election in November of 2024. This interview and past interviews were conducted in the English language. It was apparent that CARZOLI had a thorough understanding of the English language.

Record checks indicated that CARZOLI became a Legal Permanent Resident (LPR) on December 05, 2023. Records indicated she was a LPR at the time she registered to vote and voted, not a United States Citizen.

Additional records received throughout the investigation identified CARZOLI did vote in the November 2024 General election in person by casting her ballot in the early voting, on October 26, 2024, at 1800 hrs. at the Del Rio Civic Center. According to the Assistant Chief Deputy Clerk of Val Verde County, CARZOLI attested to the voter oath which states the voter is a resident of the precinct they are voting in and otherwise entitled to vote by law. This election was designated as a Federal and State election and identified as a presidential Federal Election.

On November 19, 2025, a sworn statement was taken from CARZOLI by Custom and Border Protection officers at the Del Rio Port of Entry. In this sworn statement CARZOLI admitted to registering to vote and then voting in the November 2024 Presidential general election.

Based upon the information set forth above, there is probable cause to believe that Monica Ivette CARZOLI Carrillo committed the offense of Voting by Aliens in violation of Title 18 United States Code, Section 611.

Bruce Henderson
Special Agent
Homeland Security Investigations

Subscribed and sworn to me in person on September 16, 2026

Honorable Joseph Cardova
United States Magistrate Judge