FILED

SEP 1 6 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Monica Ivette CARZOLI Carrillo (DOB: 07/19/1980)

*Defendant*

Case No. DR:26-5245M-01

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Monica Ivette CARZOLI Carrillo ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment ❐ Superseding Indictment ❐ Information ❐ Superseding Information ☑ Complaint
❐ Probation Violation Petition ❐ Supervised Release Violation Petition ❐ Violation Notice ❐ Order of the Court

This offense is briefly described as follows:

Title 18 USC 611; Voting by aliens & 18 USC 1015(f);Naturalization, citizenship or alien registry.
It shall be unlawful for any alien to vote in any election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner; &
Whoever knowingly makes any false statement or claim that he is a citizen of the United States in order to register to vote or to vote in any Federal, State, or local election.

Date: 09/16/2026

*Issuing officer's signature*

City and state: Del Rio, Texas

Joseph Cordova, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/16/2026 , and the person was arrested on *(date)* 9/16/2026
at *(city and state)* Del Rio, Texas .

Date: 9/16/2026

*Arresting officer's signature*

Bruce Henderson, HSI Special Agent
*Printed name and title*