UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CAUSE NO. 2:26-MJ-6245 |
| MONICA IVETTE CARZOLI CARRILLO | § | |

MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the defendant, MONICA IVETTE CARZOLI CARRILLO and files this Motion for Continuance and in support thereof would show the Court as follows:

I.

The defendant is scheduled for a preliminary examination and detention hearing on September 22, 2026, at 9:00 am. Defense counsel has a scheduling conflict and is requesting that this case be continued until September 24, 2026 at 9:00 am.

II.

WHEREFORE, PRESMISES CONSIDEFRED, the Defendant prays that this motion be granted and the preliminary examination and detention hearing be continued and for the further relief to which the defendant may show herself entitled under equity and at law.

Respectfully submitted,

Gregory D. Torres
`
TORRES & TORRES, P.C.
457 Jeffertson Street
Eagle Pass, Texas 78852
Ph: (830) 773-6811
F: (830) 773-6469
By: /s/
Gregory D. Torres

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was forwarded to all parties on this the 20th day of September 2026.

_______/S/__________
Gregory D. Torres

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES OF AMERICA §

VS. § CAUSE NO. 2:26-MJ-6245

MONICA IVETTE CARZOLI CARRILLO §

**ORDER**

On this the _____day of _______________, 2026, came on to be heard the defendant's Motion For Continuance and the Court after hearing argument and evidence thereon and being of the opinion that said Motion should be GRANTED.

It is Therefore Ordered that the preliminary examination and detention hearing in this case is continued until further order from the Court.

______________________________
JUDGE PRESIDING