UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: DR:26-M -05245(1) |
| | § | |
| (1) Monica Ivette Carzoli Carrillo | § | |

**ORDER OF DETENTION PENDING TRIAL**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a preliminary and detention hearing has been held. I conclude that the following facts require that probable cause be found herein and the detention of the defendant pending trial in this case.

**I. Findings of Fact**

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that there is probable cause to believe that the Defendant committed the offense alleged in the criminal complaint, violation Ct. 1: 18 U.S.C § 611, Voting by Aliens; Ct. 2: 18 U.S.C. § 1015(f), False Statement or Claim to U.S. Citizenship in Order to Register to Vote, for which a sentence of 1 year on Count 1 and 5 years on Count 2 is prescribed.

Assistant United States Attorney Michael Rivera called Agent Bruce Henderson to testify. Defendant is a citizen of Mexico.

Based on the information in the pretrial services report and the testimony received at the hearing, the Court finds that the Defendant became a Legal Permanent Resident in 2023. Prior to that the Defendant resided in Mexico from her birth until 2023. She has one brother who is a citizen of Mexico and resides in Cuidad Acuna, Coahuila, Mexico, and her husband of 27 years is also a citizen of Mexico and resides in Allende, Coahuila, Mexico. Prior to November 2025, she would travel weekly to Cuidad Acuna, Mexico. Testimony at the hearing revealed that the Defendant owns a home in Mexico and had a home in the United States until it was transferred to her daughter who resides in the U.S. Testimony at the hearing also revealed that an order for removal has been granted against the Defendant and she no longer has status to live, work, or reside in the United States legally. Therefore, the Court finds that the Defendant lacks employment, property, and financial ties to the United States and she has strong ties to a foreign country. Therefore, the Court concludes that the Defendant poses a serious risk of flight. Additionally, the

Court concludes there are no conditions or combination of conditions that will reasonably assure the appearance of the Defendant as required.

Accordingly, the Court concludes that Defendant be **DETAINED** as there are no conditions or combinations of conditions that would reasonably assure the Defendant's appearance in court.

II. Directions Regarding Detention

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SIGNED on 24th day of September, 2026

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE